UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIAMA TOURAY GUMANEH,

Petitioner,

v.

JULIO HERNANDEZ, et al.,

Respondents.

CASE NO. C26-2767-BAT

**ORDER GRANTING AN EXTENSION OF THE TRO**

Petitioner moves to extend the provisional grant of a temporary restraining order ("TRO"). **Dkt. 15**. The Court **GRANTS** the extension of the provisional grant of a TRO, Dkt. 8, for an additional fourteen (14) days.

The Court finds there is good cause for an extension of the TRO. Petitioner seeks to keep the status quo and to prevent Respondents from removing her from the jurisdiction and the country during the pendency of this action. The Court anticipates that the merits of the habeas petition will be resolved before the expiry of the 14-day extension. Moreover, the Court ordered briefing on the TRO to be consolidated with the merits briefing, which was completed on August 31, 2026. In responsive briefing, Respondents for the first time provided to Petitioner's counsel the basis for the revocation of her order of supervision and supporting documentation.

Informed by this information, Petitioner's traverse and the motion to extend the TRO

more amply demonstrate a likelihood of success on the merits; a likelihood of irreparable harm in the absence of preliminary relief; that the balance of equities tips in Petitioner's favor; and that the requested relief is in the public interest. *See Winter v. Nat. Res. Def. Council, Inc.* 555 U.S. 7, 20 (2008). Undisputed facts show that Immigration and Customs Enforcement ("ICE") arrested and detained Petitioner in Northwest ICE Processing Center ("NWIPC") based on incorrect information and the wrong form of a warrant for immediate removal to the third country of Ghana without providing her notice in a language she could meaningfully understand and the opportunity to be heard in reopened removal proceedings before an immigration judge.

Accordingly, the Court **ORDERS** that:

1. Petitioner's motion for an extension of the provisional grant of a TRO (Dkt. 15) is **GRANTED**.
2. Respondents are **PROHIBITED** from removing Petitioner from the United States or this jurisdiction—the Western District of Washington—without further order of this Court.
3. This Order will expire 14 days from its entry. If the Court determines that responsive briefing is warranted on Petitioner's motion to convert the TRO into a preliminary injunction, the Court will direct the parties to file it before the expiry of the TRO.

DATED this 2nd day of September, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge